# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

JOSHUA D. LIVINGSTON,

      *Plaintiff*,

vs.

ROLAND BUCHANAN, *et al.*,

      *Defendants.*

Case No. 07-3229-EFM

## ORDER

Upon consideration of Magistrate Judge Kenneth G. Gale's Report and Recommendations (Doc. 52) this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own. Therefore, this case is dismissed for Plaintiff's repeated failure to appear for his deposition, to obey Court orders and to prosecute his case.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2011, in Wichita, Kansas.

*/s/ Eric F. Melgren*
ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE